No. 68084.—Rice Bayersdorfer Co. *v.* United States, protests 62/12960, etc. (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 7, 1963

No. 68085.—E. R. Samsey & Company *v.* United States, protest 61/4653 (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel bandsaws in coils similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.

No. 68086.—The Durst Mfg. Co., Inc., *v.* United States, protest 61/16066 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass aerators similar in all material respects to those the subject of Abstract 65882, the claim of the plaintiff was sustained.